IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                                           PLAINTIFF

VS.                                            CASE NO. 12-cv-6029

HERMANN F. JONAK                                                                                   DEFNEDANT

## ORDER

Before the Court is the Government's Motion to Dismiss Complaint. (ECF No. 3). The Government is seeking to dismiss its Complaint (ECF No. 1) against Defendant Hermann F. Jonak due to their inability to locate and serve the Defendant at his time.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Government's Complaint against Defendant Hermann F. Jonak is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 29th day of May, 2012.


    /s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge